UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAHID KHAN, | |
| Petitioner, | Case No. C20-125-JCC-MLP |
| v. | |
| RON HAYNES, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| Respondent. | |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Petitioner's motion for an extension of time to file a response to Respondent's answer to Petitioner's federal habeas petition. (Dkt. # 11.) Respondent does not oppose the requested extension. (*See id.*) The Court, having considered Petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion for extension of time (dkt. # 11) is GRANTED. Petitioner is directed to file his response to Respondent's answer not later than *June 22, 2020*.

(2) Respondent's answer (dkt. # 9) is RE-NOTED on the Court's calendar for consideration on *June 26, 2020*. Respondent shall file any reply brief in support of his answer by

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

that date. In addition, Respondent is advised that if he has not already submitted a paper copy of the state court record to the Court, he must do so not later than the noting date.

(3) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable John C. Coughenour.

DATED this 12th day of June, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2